# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE JOHNSON, | Case No. 2:08-cv-01425-MSB |
| Petitioner, | **ORDER** |
| vs. | |
| STEVE MOORE, Warden, | |
| Respondent. | |

In accordance with 28 U.S.C. § 455 and in the interest of justice, the Honorable Marsha S. Berzon recuses herself in the above-captioned case.

**IT IS HEREBY ORDERED THAT:**

The Clerk of the Court assign this case to another judge.

DATED this 28th day of January, 2011.


/s/ Marsha S. Berzon
MARSHA S. BERZON
United States Circuit Judge, sitting by designation